UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN DOE, | Case No. 1:22-cv-03194 |
| Plaintiff, | |
| -against- | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BLACK DIAMOND CAPITAL MANAGEMENT LLC, | |
| Defendant. | |

---

**IT IS HEREBY STIPULATED**, by and between the undersigned attorneys, that the claims in this action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), without costs or fees except as otherwise agreed to between the plaintiff and the defendant.

Dated:   June 28, 2023

**NISAR LAW GROUP, P.C.**                                   **LITTLER MENDELSON P.C.**

_____                _____
Casey Wolnowski, Esq.                                    Shawn Matthew Clark, Esq.
60 East 42nd Street, Suite 4600                      900 Third Avenue
New York, NY 10165                                         New York, NY 10022
Ph: (646) 889-1007                                            Ph: (212) 583-9600
Email: cwolnowski@nisarlaw.com               Email: SMClark@littler.com

*Attorneys for Plaintiff*                                     *Attorneys for Defendant*

**SO ORDERED**

Dated: _____, 2023                        _____
         New York, New York                               Hon. Paul G. Gardephe, U.S.D.J.